| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>HEATHER C. MESERVY (223782) (hmeservy@cooley.com) |
| 3 | 4401 Eastgate Mall<br>San Diego, CA  92121 |
| 4 | Telephone:     (858) 550-6000<br>Facsimile:      (858) 550-6420 |
| 5 | COOLEY GODWARD KRONISH LLP |
| 6 | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)<br>101 California Street, 5th Floor |
| 7 | San Francisco, CA 94111-5800<br>Telephone:     (415) 693-2000 |
| 8 | Facsimile:      (415) 693-2222 |
| 9 | Attorneys for Defendant eBay Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation,<br><br>               Plaintiffs,<br><br>        v.<br><br>EBAY, INC., a Delaware corporation,<br><br>               Defendant. | Case No.  C 07 06454 PVT<br><br>**NOTICE OF APPEARANCE**<br><br>Magistrate Judge: Hon. Patricia V. Trumbull |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**NOTICE OF APPEARANCE**
**CASE NO. C 07 06454 PVT**

Whitty Somvichian of the law firm of Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, CA 94111, (415) 693-2000, hereby enters his appearance as counsel of record for Defendant eBay, Inc.

Dated: January 7, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
WHITTY SOMVICHIAN (194463)


s/Whitty Somvichian
Whitty Somvichian
Attorneys for Defendant eBay, Inc.
Email: wsomvichian@cooley.com

570946 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF APPEARANCE
CASE NO. C 07 06454 PVT