COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY, INC., a Delaware corporation, <br><br> Defendant. | Case No. C 07 06454 PVT <br><br> **NOTICE OF APPEARANCE** <br><br> Magistrate Judge: Hon. Patricia V. Trumbull |

1 | Michael G. Rhodes of the law firm of Cooley Godward Kronish LLP, 4401 Eastgate Mall,
2 | San Diego, California 92121, (858) 550-6000 hereby enters his appearance as counsel of record
3 | for Defendant eBay, Inc.

Dated: January 7, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
WHITTY SOMVICHIAN (194463)


s/Michael G. Rhodes
Michael G. Rhodes
Attorneys for Defendant eBay, Inc.
Email: rhodesmg@cooley.com

570942 v1/SD