UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation.<br>        Plaintiff(s),<br><br>v.<br><br>EBAY, INC. a Delaware corporation,<br><br>        Defendant(s).                  / | No. C 07-06454 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/7/08

Signature: *Heather Muir, Esq.*
Cooley Godward Kronish LLP
Counsel for Defendant eBay, Inc.
(Plaintiff, Defendant, or indicate "pro se")