COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, <br><br> Plaintiffs, <br><br> v. <br><br> EBAY, INC., a Delaware corporation, <br><br> Defendant. | Case No.  C 07 06454 RMW <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> Judge: Hon. Ronald M. Whyte |

Pursuant to L.R. 6-1(b), eBay, Inc. ("eBay") and Windsor Auctions, Inc. and Jewelry Auctions Corp. (collectively, "Plaintiffs"), stipulate as follows:

Whereas the complaint in the above-entitled action was filed on December 21, 2007;

Whereas Plaintiffs have agreed to extend the time for eBay to respond to the complaint;

//

//

//

Now, therefore, Plaintiffs and eBay stipulate as follows:

1. eBay shall have up to and including February 12, 2008, to answer or otherwise respond to the complaint.

**IT IS SO STIPULATED.**

Dated: January 9, 2008

BERLINER COHEN
RALPH J. SWANSON (67751)
J. ANN LIROFF (113180)
SHANNON N. COGAN (214976)


BY: s/Shannon N. Cogan
SHANNON N. COGAN
Attorneys for Plaintiffs

Dated: January 9, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
HEATHER C. MESERVY (223782)


BY: s/Heather C. Meservy
HEATHER C. MESERVY (223782)
Attorneys for Defendant
Email: hmeservy@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 07 06454 RMW

1  FILER'S ATTESTATION:

2      Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3  perjury that the concurrence in the filing of this document has been obtained from its signatories.

4  Dated: January 9, 2008

6                                            By:  /s/ Heather C. Meservy
                                                            Heather C. Meservy

571477 v1/SD