1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   H. ANN LIROFF, CA STATE BAR NO. 113180
2  SHANNON N. COGAN, CA STATE BAR NO. 214976
   BERLINER COHEN
3  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
4  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
5  FACSIMILE: (408) 998-5388
   ralph.swanson@berliner.com
6  ann.liroff@berliner.com
   shannon.cogan@berliner.com
7
8  ATTORNEYS FOR PLAINTIFFS
   WINDSOR AUCTIONS, INC. AND
9  JEWELRY AUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS, INC., a Florida corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>EBAY INC., a Delaware corporation,<br><br>         Defendant. | CASE NO. C07 06454 RMW<br><br>PROOF OF SERVICE OF SUMMONS |

PLEASE SEE THE ATTACHED.

///
///
///
///
///
///
///
///

| Attorney or Party without Attorney: BERLINER COHEN ATTORNEYS AT LAW TEN ALMADEN BLVD., #1100 SAN JOSE, CA 95113 Telephone No: 408 286-5800    FAX No: 408 998-5388 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: 16885-001 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: WINDSOR AUCTIONS, INC., et al.
Defendant: EBAY, INC.

| PROOF OF SERVICE SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number: C0706454 PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT, CIVIL CASE COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND INSTRUCTIONS FROM CLERK'S OFFICE, SAN JOSE DIVISION.

3. a. Party served:      EBAY, INC.
   b. Person served:    NATIONAL REGISTERED AGENTS, INC.- AGENT FOR SERVICE OF PROCESS, DONA LAPONTA, INDIVIDUAL- AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served:    2030 MAIN ST., STE. 1030
                                            IRVINE, CA 92614

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 02, 2008 (2) at: 3:45PM

7. Person Who Served Papers:
   a. ARTURO CHAYRA
   b. COUNTRYWIDE PROCESS, LLC
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $70.00
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 3587
       (iii) County:    Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jan. 03, 2008

(ARTURO CHAYRA)

Judicial Council Form                PROOF OF SERVICE                200755719.bercoh.56478
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE

01/08/2008 16:42    8189889122    COUNTRYWIDE PROCESS    PAGE 01/01