| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | HEATHER C. MESERVY (223782) (hmeservy@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA  92121 |
| | Telephone:    (858) 550-6000 |
| 4 | Facsimile:     (858) 550-6420 |
| 5 | COOLEY GODWARD KRONISH LLP |
| | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com) |
| 6 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 7 | Telephone:    (415) 693-2000 |
| | Facsimile:     (415) 693-2222 |
| 8 | |
| 9 | Attorneys for Defendant eBay Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, | Case No.  C 07 06454 RMW |
| | **[PROPOSED] ORDER GRANTING EBAY'S MOTION TO DISMISS** |
| Plaintiffs, | |
| v. | |
| EBAY, INC., a Delaware corporation, | Date:        March 28, 2008 |
| | Time:        9:00 a.m. |
| | Judge:       Ronald M. Whyte |
| Defendant. | Trial Date:  Not yet set |

**THIS MATTER**, having come before the Court on Defendant eBay's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), filed February 12, 2008, and the Court having considered all papers and pleadings submitted by the parties, and the oral arguments of counsel made at the hearing,

//

//

//

1     **IT IS HEREBY ORDERED** that eBay's motion to dismiss shall be **GRANTED** and Plaintiff's Complaint shall be **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

Dated: _____, 2008

                                                                  Ronald M. Whyte
United States District Judge

575389/SD