COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C 07 06454 RMW<br><br>**eBay's Request for Judicial Notice in Support of eBay's Motion to Dismiss Plaintiffs' Complaint**<br><br>Date:            March 28, 2008<br>Time:           9:00 a.m.<br>Judge:          Ronald M. Whyte<br>Trial Date:   Not yet set |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

EBAY'S REQUEST FOR JUDICIAL NOTICE
CASE NO.  C 07 06454 RMW

## I. DOCUMENT TO BE JUDICIALLY NOTICED

Pursuant to Federal Rule of Evidence 201(b), defendant eBay Inc. ("eBay") hereby requests that the Court take judicial notice of the following document in connection with eBay's Motion to Dismiss:

> Agreement between eBay Inc. and Windsor Auctions, dated April 26, 2005 ("Agreement"), referred to in paragraphs 10 and 31 of Plaintiff's Complaint, a true and correct copy of which will be lodged with the Court under seal.[1]

## II. ARGUMENT

This Court may consider facts and documents subject to judicial notice in connection with a party's motion to dismiss. *See, e.g.*, *MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986) (on a motion to dismiss, court may take judicial notice of matters of public record outside the pleadings). Judicial notice is appropriate for facts "not subject to reasonable dispute" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Under Federal Rule Evidence 201(d), "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). "[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other grounds by Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002).

Judicial notice of the Agreement between eBay Inc. and Windsor Auctions, dated April 26, 2005, is appropriate because the agreement is referenced in paragraphs 10 and 31 of Plaintiff's Complaint. Although it was not physically attached to the pleading, its authenticity is

---

[1] In their Complaint, Plaintiffs explain that they "have not attached to this pleading a copy of the agreement between Windsor and eBay because it contains a confidentiality provision." Compl. ¶ 35. Because an assessment of Plaintiffs' allegations requires perusal of the terms of this confidential Agreement, and because, as explained herein, the terms of the Agreement are appropriate for consideration on motion to dismiss, a true and correct copy of the Agreement will be lodged with the Court under seal, pending the granting of the Administrative Motion to File Under Seal pursuant to Civ. L.R. 79-5, filed herewith.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.   eBAY'S REQUEST FOR JUDICIAL NOTICE
CASE NO. C 07 06454 RMW

1  not questioned by any party. Thus, it is appropriate for consideration on a ruling on a Rule
2  12(b)(6) motion to dismiss. *Branch*, 14 F.3d at 454.

### III. CONCLUSION

For these reasons, eBay respectfully requests that the Court grant its request and take judicial notice of the Agreement described herein.

Dated: February 12, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
WHITTY SOMVICHIAN (194463)

s/Heather C. Meservy
Heather C. Meservy
Attorneys for Defendant eBay, Inc.
Email: hmeservy@cooley.com

575319/SD