COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C 07 06454 RMW<br><br>**DECLARATION OF ADAM SAND**<br><br>Date:         March 28, 2008<br>Time:        9:00 a.m.<br>Judge:       Ronald M. Whyte<br>Trial Date:  Not yet set |

I, Adam Sand, hereby declare as follows:

1. I am an attorney in the legal department at eBay Inc. ("eBay"). My title is Litigation Counsel. I have personal knowledge of the following facts, and, if called upon to testify, I could and would testify competently thereto.

2. A true and correct copy of the agreement between eBay Inc. and Windsor Auctions, dated April 26, 2005 ("Agreement"), referred to in paragraphs 10, 31 and 35 of Plaintiff's Complaint, will be lodged with the Court under seal pending the Court's granting of

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

DECLARATION OF ADAM SAND
CASE NO.  C 07 06454 RMW

the Administrative Motion to File Under Seal filed herewith.

3. Paragraph 10 of the Agreement contains a confidentiality provision which designates the terms of the agreement as confidential. Each page of the Agreement is marked "Confidential."

4. In Paragraph 35 of the Complaint, Plaintiffs acknowledge the existence of this Agreement as well as its confidential nature.

5. Paragraph 8 of the Agreement provides that the Agreement is non-exclusive.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12 day of February 2008 at San Jose, California.

_____
Adam Sand

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DECLARATION OF ADAM SAND
CASE NO. C 07 06454 RMW