| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | HEATHER C. MESERVY (223782) (hmeservy@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA  92121 |
| | Telephone:    (858) 550-6000 |
| 4 | Facsimile:     (858) 550-6420 |
| 5 | COOLEY GODWARD KRONISH LLP |
| | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com) |
| 6 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 7 | Telephone:    (415) 693-2000 |
| | Facsimile:     (415) 693-2222 |
| 8 | |
| 9 | Attorneys for Defendant eBay Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, | Case No.  C 07 06454 RMW |
| | **eBay's Certification of Interested Entities or Persons** |
| Plaintiffs, | |
| v. | |
| EBAY, INC., a Delaware corporation, | |
| Defendant. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**eBay's Certification of Interested Entities or Persons
Case No.  C 07 06454 RMW**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 12, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
WHITTY SOMVICHIAN (194463)


s/Heather C. Meservy
Heather C. Meservy
Attorneys for Defendant eBay, Inc.
Email: hmeservy@cooley.com

575313/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

EBAY'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. C 07 06454 RMW