COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, <br><br>Plaintiffs, <br><br>v. <br><br>EBAY, INC., a Delaware corporation, <br><br>Defendant. | Case No. C 07 06454 RMW <br><br>NOTICE OF CONTINUANCE OF HEARING DATE OF EBAY'S MOTION TO DISMISS <br><br>Date: April 11, 2008 <br>Time: 9:00 a.m. <br>Judge: Ronald M. Whyte <br>Trial Date: Not yet set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:

PLEASE TAKE NOTICE that, pursuant to Northern District Local Rule 7-7(a)(2) and the agreement of the parties, the hearing on eBay's Notice of Motion and Motion to Dismiss has been continued from March 28, 2008 to Friday, April 11, 2008 at 9:00 a.m. The parties shall appear at

//

//

//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF CONTINUANCE OF HEARING DATE
CASE NO. C 07 06454 RMW

1  that time before the Honorable Ronald M. Whyte in Courtroom 6, 4th floor of the U.S.

2  Courthouse, 280 South First Street, San Jose, California.

3  Dated: February 28, 2008                    COOLEY GODWARD KRONISH LLP
                                               MICHAEL G. RHODES (116127)
4                                              HEATHER C. MESERVY (223782)
                                               WHITTY SOMVICHIAN (194463)
5

6
                                               s/Heather C. Meservy
7                                              Heather C. Meservy
                                               Attorneys for Defendant eBay, Inc.
8                                              Email: hmeservy@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.                    NOTICE OF CONTINUANCE OF HEARING DATE
                      CASE NO. C 07 06454 RMW