RALPH J. SWANSON, CA STATE BAR NO. 67751
H. ANN LIROFF, CA STATE BAR NO. 113180
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
ann.liroff@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR PLAINTIFFS
WINDSOR AUCTIONS, INC. AND
JEWELRY AUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS, INC., a Florida corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>EBAY INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. C07 06454 RMW (PVT)<br><br>DECLARATION OF GREGORY SKIBBEE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DIMISS<br><br>Date:    April 11, 2008<br>Time:   9:00 AM<br>Judge:  Hon. Ronald M. Whyte |

I, GREGORY SKIBBEE, declare:

1. I am the Chief Executive Officer for both Windsor Auctions, Inc. and Jewelry Auctions, Inc., plaintiffs in this action. I have personal knowledge of the facts stated herein except as to those which are stated on information and belief, and as to those, I am informed and believe that they are true. If called as a witness, I could and would testify competently to the same in a court of law.

///

///

CASE NO. C07 064 54 RMW (PVT)

DECLARATION OF GREGORY SKIBBEE

\SCOGAN\756462.1
032108-16885001

2.   Attached hereto as <u>Exhibit A</u> is a press release I located on the Internet at http://www.liveauctioneers.com/pr/july1604.html. This press release, dated July 16, 2004, heralds the "significant marketing partnership agreement" between Live Auctioneers and eBay Live Auctions, and states that the two entities will work in "close association [...] providing clients with encoded online catalogs and access to a full suite of marketing and tracking tools."

3.   I signed the agreement dated April 26, 2005, between eBay Inc. and Windsor Auctions, Inc. (the "eBay-Windsor Agreement"). I am informed and believe that eBay has submitted the eBay-Windsor Agreement to the Court under seal. The eBay-Windsor Agreement references a tool called "Mr. Lister." I am informed and believe that Mr. Lister is now named Turbo Lister. On February 17, 2008, B. Dean Gonzalez, an eBay Live Auctions Account Specialist, sent to me by e-mail eBay's manual for using Turbo Lister for Live Auctions.

4.   Based on my use of the Mr. Lister/Turbo Lister software and the manual provided to me by Mr. Gonzalez, an eBay Live Auctions Account Specialist, it is my understanding that Mr. Lister/Turbo Lister is eBay's software product supplied to Live Auctions customers for use in inventory control and bulk uploading of auction catalogs, and is required for use of eBay Live Auctions.

I have personal knowledge of the facts stated above except as to those which are stated on information and belief, and as to those, I am informed and believe that they are true. If called as a witness, I could and would testify competently to the foregoing in a court of law. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of March, 2008.

*/s/ Gregory Skibbee*
GREGORY SKIBBEE

CASE NO. C07 064 54 PVT

\SCOGAN\756462.1
032108-16885001

DECLARATION OF GREGORY SKIBBEE

# EXHIBIT A

## LiveAuctioneers and eBayLiveAuctions solidify marketing partnership agreement

**July 16, 2004**

NEW YORK - LiveAuctioneers.com has signed a significant marketing partnership agreement with eBayLiveAuctions.com. Under the terms of the agreement confirmed on July 16, LiveAuctioneers will work in close association with eBayLiveAuctions, providing clients with encoded online catalogs and access to a full suite of marketing and tracking tools.

"This is great news for us after 18 months of hard work, providing our clients with 'round the clock customer support," said LiveAuctioneers.com's CEO, Julian Ellison. "Before, eBayLiveAuctions and LiveAuctioneers were operating on a handshake. Now we have an ongoing year to year contract that is automatically renewable."

Based on its strong past performance, LiveAuctioneers now also becomes a partner in eBayLiveAuctions' seller referral program, wherein eBayLiveAuctions refers auction houses and dealers requiring online sale support directly to LiveAuctioneers.com.

LiveAuctioneers.com is the leading provider of live auction events on eBayLiveAuctions.com, and services more than 160 clients in the United States and United Kingdom, including Sotheby's New York, Freeman's, Skinner and Lyon & Turnbull.

Contact: LiveAuctioneers.com
Tel.: ( 212) 844 9521

# # #

### Hot live items

 French Meissen-styl...

 Group of Nine Belle...

 Kingsbury (USA) Pre...

 NETTE - 7 Barclay V...

 Dance Rattle and An...

 Matchbox MOY - A Gr...


 NETTE - Rare Olive...

