# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Windsor Auctions, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> eBay, Inc., <br><br> Defendant(s). | 07-06454 RMW <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: March 26, 2008

                                RICHARD W. WIEKING
                                Clerk
                                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

                                ADR Administrative Assistant
                                415-522-4205
                                Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-06454 RMW                                        -2-

PROOF OF SERVICE

Case Name:       Windsor Auctions, Inc. v. eBay, Inc.

Case Number:     07-06454 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 26, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Shannon N. Cogan
>   Berliner Cohen
>   Ten Almaden Blvd.
>   11th Flr.
>   San Jose, CA 95113
>   shannon.cogan@berliner.com
>
>   Ralph John Swanson III
>   Berliner Cohen
>   Ten Almaden Blvd.
>   Eleventh Floor
>   San Jose, CA 95113-2233
>   rjs@berliner.com
>
>   H. Ann Liroff
>   Berliner Cohen
>   Ten Almaden Blvd., Ste. 1100
>   San Jose, CA 95113-2233
>   ann.liroff@berliner.com
>
>   Whitty Somvichian

Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111
wsomvichian@cooley.com

Michael Graham Rhodes
Cooley Godward Kronish  LLP
4401 Eastgate Mall
San Diego, CA 92121-9109
rhodesmg@cooley.com

Heather Coe Meservy
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121
hmeservy@cooley.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov