UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Windsor Auctions, Inc., a Florida corporation, et al. Plaintiff(s),

v.

eBay, Inc., a Delaware corporation,
    Defendant(s).

CASE NO. C 07 06454 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 03/21/08

[Party] Greg Skibbee, CEO
Windsor Auctions, Inc. and
Jewelry Auctions Corporation

Dated: 03/25/08

[Counsel] BERLINER COHEN
By: H. Ann Liroff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05