UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Windsor Auctions, Inc. and Jewelry Auctions Corp.

                 Plaintiff(s),

                 v.

eBay, Inc.

                 Defendant(s).
_____/

CASE NO. C 07 06454 RMW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process

✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 4/11/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Ann Liroff, Esq., Berliner Cohen | for Plaintiffs | (408) 286-5800 | ann.liroff@berliner.com |
| Melina K. Patterson, Esq., Cooley Godward Kronish LLP | for eBay | (650) 849-7133 | mpatterson@cooley.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/25/2008

                                                      Attorney for Plaintiff

Dated: 3/24/2008

                                                        Attorney for Defendant

Rev 12.05