COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
MELINA K. PATTERSON (211907) (mpatterson@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07 06454 RMW<br><br>NOTICE OF ENTRY OF CLERK'S NOTICE OF CONTINUANCE OF HEARING DATE OF DEFENDANT EBAY'S MOTION TO DISMISS AND THE CASE MANAGEMENT CONFERENCE<br><br>Date: May 9, 2008<br>Time: 9:00 a.m. & 10:30 a.m. (CMC)<br>Dept.: Courtroom 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte<br><br>Trial Date: Not yet set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:

PLEASE TAKE NOTICE THAT on April 7, 2008, the Clerk of the United States District Court for the Northern District of California entered the Notice of Continuance of Defendant's Motion to Dismiss and the Case Management Conference hearing date from April 11, 2008 to

1 | May 9, 2008, attached hereto as Exhibit A.

2 | Dated: April 8, 2008

COOLEY GODWARD KRONISH LLP

/s/ Melina Patterson
Melina K. Patterson
Attorneys for Defendant eBay, Inc.

771430 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

NOTICE OF CONTINUANCE OF HEARING DATE
CASE NO. C 07 06454 RMW