UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 5/9/08

Court Reporter:                    Clerk:

Case No:C 07-06454 RMW             Case Title: Windsor Auctions, Jewelry Auctions v. Ebay Inc.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Ralph Swanson<br>H. Ann Liroff | Melina Patterson |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial       [ ] Status      [ ] Discovery

                        [X] Settlement    [ ] Final

                        [ ] Other

| Pltf. | Deft. | **MOTIONS** | |
|---|---|---|---|
| [ ] | [ ] | 1. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

## DISPOSITION

[ ] Granted                    [ ] Submitted              [ ] Settled

[ ] Denied                     [ ] Briefs to be filed     [X] Not Settled

[ ] Granted in part, denied in part                       [ ] Off Calendar

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant          [ ] Court           [ ] Court w/opinion

Notes: 3 3/4 hours.  Parties are to reschedule further conference when and as needed.