COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant eBay Inc.

*E-FILED - 6/18/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07 06454 RMW<br><br>**[] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b)** |

**THIS MATTER**, having come before the Court on Defendant eBay's Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5(b), filed February 12, 2008, and the Court having considered eBay's Administrative Motion and the Declaration of Adam Sand filed contemporaneously therewith as well as other papers and pleadings submitted by the parties:

The Court finds that compelling reasons, including the confidential and protected nature of the Agreement and the information contained therein, support the filing under seal of the agreement between eBay Inc. and Windsor Auctions, dated April 26, 2005 ("Agreement"). The

1  Court further finds that the confidential and protected nature of the Agreement outweighs any
2  interest in public access to the Agreement.
3     Accordingly, it is hereby ordered that eBay's Administrative Motion to File Under Seal
4  shall be **GRANTED** and the Agreement shall be lodged with the Court and shall be hereby
5  **SEALED**.
6     **IT IS SO ORDERED**.
7  Dated: _____6/18_____, 2008      *Ronald M. Whyte*
                                      _____
8                                     Ronald M. Whyte
                                      United States District Judge

9
10 575388/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.  **O**
    **ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
    **CASE NO. C 07 06454 RMW**
    C    N  . C 07 06454 RMW