1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:   (858) 550-6000
4  Facsimile:   (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
6  MELINA K. PATTERSON (211907) (mpatterson@cooley.com)
   101 California Street, 5th Floor
7  San Francisco, CA 94111-5800
   Telephone:   (415) 693-2000
8  Facsimile:   (415) 693-2222

9
   Attorneys for Defendant EBAY INC.
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15

16  WINDSOR AUCTIONS, INC., a Florida         Case No. C 07 06454 RMW
    corporation, and JEWELRY AUCTIONS
17  CORPORATION, a New Jersey corporation,    [PROPOSED] ORDER RE DEFENDANT
    and UNIVERSAL COLLECTIBLES, LLC, a        EBAY INC.'S MOTION TO DISMISS
18  Delaware Limited Liability Company,       PLAINTIFFS' AMENDED COMPLAINT

19              Plaintiffs,

20         v.

21  EBAY INC., a Delaware corporation,

22              Defendant.

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP                                              PROPOSED ORDER RE
ATTORNEYS AT LAW    777740 v1/PA                 EBAY'S MOT. TO DISMISS AM. COMPL.
                                                       CASE NO. C 07 06454 RMW

THIS MATTER, having come before the Court on Defendant eBay Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), filed August 11, 2008, and the Court having considered all papers and pleadings submitted by the parties, and the oral arguments of counsel made at the hearing,

IT IS HEREBY ORDERED that eBay Inc.'s motion to dismiss shall be **GRANTED** and Plaintiffs' Amended Complaint shall be **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: _____

_____
Ronald M. Whyte
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

777740 v1/PA

1.

PROPOSED ORDER RE
EBAY'S MOT. TO DISMISS AM. COMPL.
CASE NO. C 07 06454 RMW