COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
MELINA K. PATTERSON (211907) (mpatterson@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant EBAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, and UNIVERSAL COLLECTIBLES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07 06454 RMW<br><br>**DECLARATION OF ADAM SAND IN SUPPORT OF DEFENDANT EBAY INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date:    October 3, 2008<br>Time:    9:00 a.m.<br>Dept.:   6<br>Judge:  Hon. Ronald M. Whyte<br><br>Amended Complaint Filed: July 24, 2008 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

DECL. OF A. SAND ISO EBAY'S
MOTION TO DISMISS AM. COMPL.
CASE NO. C 07 06454 RMW

I, Adam Sand, declare as follows:

1. I state facts in this declaration from my own knowledge, and could and would testify competently to the same if called as a witness.

2. In December 2007, Plaintiffs Windsor Auctions, Inc. and Jewelry Auctions Corp. provided me with a copy of a Live Auctioneers, LLC Services Agreement (the "Live Auctioneers Agreement").

3. A true and correct copy of the Live Auctioneers Agreement provided to me by Plaintiffs Windsor Auctions, Inc. and Jewelry Auctions Corp. will be lodged with the Court under seal pending the Court's granting of the Administrative Motion to File Under Seal filed herewith.

4. Plaintiffs reference the Live Auctioneers Agreement at paragraph 11 of their Amended Complaint.

5. The Live Auctioneers Agreement includes a confidential provision at paragraph 6 which designates the agreement as confidential and states that the subject matter "shall not be disclosed or publicized . . . ."

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on August ___, 2008, at _____, California.

_____
Adam Sand