1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:   (858) 550-6000
4  Facsimile:    (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
6  MELINA K. PATTERSON (211907) (mpatterson@cooley.com)
   101 California Street, 5th Floor
7  San Francisco, CA 94111-5800
   Telephone:   (415) 693-2000
8  Facsimile:    (415) 693-2222

9
   Attorneys for Defendant EBAY INC.
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, and UNIVERSAL COLLECTIBLES, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiffs,<br><br>   v.<br><br>EBAY INC., a Delaware corporation,<br><br>          Defendant. | Case No.  C 07 06454 RMW<br><br>**AGREEMENT BETWEEN EBAY INC. AND WINDSOR AUCTIONS, INC.**<br><br>**DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b)** |

                    **DOCUMENT SUBMITTED UNDER SEAL**