1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:  (858) 550-6000
4  Facsimile:  (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
6  MELINA K. PATTERSON (211907) (mpatterson@cooley.com)
   101 California Street, 5th Floor
7  San Francisco, CA 94111-5800
   Telephone:  (415) 693-2000
8  Facsimile:  (415) 693-2222

9
   Attorneys for Defendant EBAY INC.
10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14

15
   WINDSOR AUCTIONS, INC., a Florida          Case No.  C 07 06454 RMW
16 corporation, and JEWELRY AUCTIONS
   CORPORATION, a New Jersey corporation,     [PROPOSED] ORDER RE DEFENDANT
17 and UNIVERSAL COLLECTIBLES, LLC, a         EBAY INC.'S REQUEST FOR JUDICIAL
   Delaware Limited Liability Company,        NOTICE ISO ITS MOTION TO DISMISS
18                                            PLAINTIFFS' AMENDED COMPLAINT
                   Plaintiffs,
19
        v.
20
   EBAY INC., a Delaware corporation,
21
                   Defendant.
22

23
24
25
26
27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

PROPOSED ORDER RE EBAY'S RJN ISO
MOT. TO DISMISS AM. COMPL.
CASE NO. C 07 06454 RMW

1  THIS MATTER, having come before the Court on Defendant eBay Inc.'s Request for
2  Judicial Notice in Support of Its Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to
3  Fed. R. Civ. Proc. 12(b)(6), filed August 11, 2008, and the Court having considered all papers and
4  pleadings submitted by the parties, and the oral arguments of counsel made at the hearing,

IT IS HEREBY ORDERED THAT THE COURT TAKES JUDICIAL NOTICE OF THE FOLLOWING:

Form Live Auctioneers LLC agreement lodged with the Court under seal.

IT IS SO ORDERED.

Dated:_____

_____
Ronald M. Whyte
United States District Judge

777881 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

1.

PROPOSED ORDER RE EBAY'S RJN ISO
MOT. TO DISMISS AM. COMPL.
CASE NO. C 07 06454 RMW