COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
MELINA K. PATTERSON (211907) (mpatterson@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant EBAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, and UNIVERSAL COLLECTIBLES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07 06454 RMW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B) |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

PROPOSED ORDER RE
EBAY'S ADMIN. MOT. TO SEAL
CASE NO. C 07 06454 RMW

     THIS MATTER, having come before the Court on Defendant eBay Inc.'s Administrative Motion to File Under Seal pursuant to Civ. L.R. 79-5(b), filed August 11, 2008, and the Court having considered eBay's Administrative Motion and the Declaration of Adam Sand filed contemporaneously therewith as well as other papers and pleadings submitted by the parties:

     The Court finds that compelling reasons, including the confidential and protected nature of the Agreement and the information contained therein, support the finding under seal of the form Live Auctioneers LLC agreement, referred to in paragraph 11 of the Plaintiffs' Amended Complaint and provided to eBay by Plaintiffs (the "Live Auctioneers Agreement"). The Court further finds that the confidential and protected nature of the Live Auctioneers Agreement outweighs any interest in public access to the Live Auctioneers Agreement.

     Accordingly, **IT IS HEREBY ORDERED** that eBay's Administrative Motion to File Under Seal shall be **GRANTED** and the Live Auctioneers Agreement shall be hereby **SEALED**.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                   Ronald M. Whyte
                                                   United States District Judge