1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:   (858) 550-6000
4  Facsimile:   (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
6  MELINA K. PATTERSON (211907) (mpatterson@cooley.com)
   101 California Street, 5th Floor
7  San Francisco, CA 94111-5800
   Telephone:   (415) 693-2000
8  Facsimile:   (415) 693-2222

Attorneys for Defendant EBAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS CORPORATION, a New Jersey corporation, and UNIVERSAL COLLECTIBLES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07 06454 RMW<br><br>**AMENDED PROOF OF SERVICE RE DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b)** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

777902 v2/PA

AMENDED PROOF OF SERVICE
CASE NO. C 07 06454 RMW

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

1. **EBAY INC.'S ADMINISTRATIVE MOTION TO FILE LIVE AUCTIONEERS AGREEMENT UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B);**

2. **FORM LIVE AUCTIONEERS LLC AGREEMENT -- DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO CIV. L.R. 79-5(b); &**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B)**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

on the following part(ies) in this action:

H. Ann Liroff
Shannon N. Cogan
Ralph John Swanson, III
Berliner Cohen
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113
Phone: 408-286-5800
Fax: 408-998-5388

Executed on August 11, 2008, at Palo Alto, California.

_____
Robin Romine

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW

777902 v2/PA        1.        AMENDED PROOF OF SERVICE
CASE NO. C 07 06454 RMW