RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR PLAINTIFFS
WINDSOR AUCTIONS, INC., JEWELRY
AUCTIONS, INC., AND UNIVERSAL
COLLECTIBLES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., JEWELRY AUCTIONS CORPORATION, and UNIVERSAL COLLECTIBLES, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>EBAY INC.,<br><br>          Defendant. | CASE NO. C07 06454 RMW<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>Judge:      Ronald M. Whyte<br>Case Filed: December 21, 2007<br>Trial Date:  None Set |

The above-entitled action is hereby dismissed without prejudice by the Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED:  SEPTEMBER 12, 2008          RESPECTFULLY SUBMITTED,

BERLINER COHEN

BY:  _____/S/_____
        SHANNON N. COGAN
        ATTORNEYS FOR PLAINTIFFS
        WINDSOR AUCTIONS, INC., JEWELRY
        AUCTIONS, INC. , AND UNIVERSAL
        COLLECTIBLES, LLC

\SCOGAN\771988.1
091008-16885001